# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

ERIC GARCIA

Case No. 2:95-cr-78-FtM-29DNF
Case No. 2:95-cr-16-FtM-29SPC

## REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

On December 21, 2006 the Assistant United States Attorney Jeffrey Michelland and the defendant, Eric Garcia, with counsel Frank Zaremba appeared before the Court.

Eric Garcia was sentenced on October 30, 1996 for the offense of Possession With Intent to Distribute Cocaine Base; Conspiracy to Possess With Intent to Distribute Cocaine and received a sentence imposing 108 months incarceration in Case 2:95-CR-16-FTM and 108 months incarceration in 2:95-CR-78-FTM such term to be served concurrently, followed by a three year term of supervised release in Case 2:95-CR-16-FTM and a five year term of supervised release in Case 2:95-CR-78-FTM to be served concurrently.

After being advised of his rights, the defendant admitted facts regarding Violations on October 30, 2006, November 10, 2006 and November 14, 2006, which the Court found to constitute a violation of supervised release. The Court finds, after hearing from both counsel and the defendant, that the defendant has violated the terms of the Supervised Release.

It is, therefore, **ORDERED AND ADJUDGED:**

1. Supervised Release is **REVOKED** and the defendant Eric Garcia is hereby committed to the custody of the Bureau of Prisons or its authorized representative for **IMPRISONMENT** for a period of **30 days** or until the defendant is otherwise discharged as provided by law.

2. Supervised Release is imposed for a term of 4 years.

3. Special Conditions of Supervised Release are as follows:

* The defendant is required to serve 180 days in the community confinement center.

* The defendant shall refrain from the unlawful use of any controlled substances.

* The defendant shall submit to periodic urinalysis or other drug or alcohol testing as directed by the probation office. The Court would authorize drug testing not to exceed 104 tests per year.

* The defendant is required to participate in a drug or alcohol program, inpatient or outpatient, as directed by the probation officer, and to comply with both the directions of the Probation Officer with regard to such programs and the directions and the regulations of the program itself.

* The defendant shall participate in a mental health program, as directed by the probation officer, and to comply with both the directions of the Probation Officer with regard to such programs and the directions and the regulations of the program itself.

4. The defendant is **REMANDED** to the custody of the United States Marshal Service to await designation of a facility.

It is further **ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

**DONE** and **ORDERED** at Fort Myers, Florida this 22nd day of December, 2006.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record