# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

ERIC GARCIA

Case Number: 2:95-cr-16-FtM-29SPC
2:95-cr-78-FtM-29DNF

USM Number: 14265-018

Frank Zaremba, AFPD
1514 Broadway, Suite 301
Fort Myers, FL. 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three, Four, Five & Six of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to submit written monthly reports in violation of Condition Two of the Standard Conditions of Supervision | November 2007 |
| Two | Failure to follow the instructions of the probation officer in violation of Condition Three of the Standard Conditions of Supervision | December 12, 2007 |
| Three | Failure to submit to urinalysis | November 30, 2007 |
| Four | Failure to submit to urinalysis | December 10, 2007 |
| Five | Failure to participate in Drug Aftercare Treatment in violation of the Special Condition | December 12, 2007 |
| Failure to complete Community Service in violation of the Special Condition | Failure to participate in Drug Aftercare Treatment in violation of the Special Condition | December 23, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
2/12/2008

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

February 12, 2008

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **13 Months**.

**The Court recommends to the Bureau of Prisons:**

1. Incarceration close to family (Fort Myers, Florida).
2. Participation in any drug programs available.
3. Participation in any mental health programs available.

**The defendant is remanded to the custody of the United States Marshal.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                                UNITED STATES MARSHAL

                                          By:_____
                                                         Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED